**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

# MEMO ENDORSED

**WHITE PLAINS OFFICE**
170 HAMILTON AVENUE
SUITE 300
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (212) 962-1778

November 17, 2025

Honorable Victoria Reznik
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

Defendant's request for a temporary modification of bond, as outlined in this letter request, is **GRANTED**.

SO ORDERED.

*/s/ Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.
Dated: 11/18/2025

Re:   *USA v. Divya Kumari*, 25 Cr. 194 (NSR)
      Third Letter Motion to Modify Bond Conditions

Dear Judge Reznik:

    I am appointed to represent the defendant, who is on pretrial release, which includes a $75,000 unsecured personal recognizance bond co-signed by two financially responsible persons, and initially, home detention enforced by electronic monitoring and other standard conditions (ECF Doc No. 15). On October 6, 2025, after a hearing, Your Honor reduced the home detention condition to electronic monitoring with a curfew as directed by Pretrial. On November 5, 2025, in light of the defendant's continued full compliance, Your Honor removed the electronic monitoring with curfew condition, leaving all other conditions in place (ECF Doc No. 90). The defendant continues to be in full compliance.

    I write to the Court to request a temporary modification of bond to allow for the defendant's travel by car to stay with her brother, Anshuman Kumar, at his house in Indianapolis, Indiana, from November 21, 2025 to November 30, 2025, to spend the Thanksgiving Holiday. I have provided the address and other details of the trip to Pretrial Services and the Government.

    I am informed that neither the Government nor Pretrial Services have any objection to this application. Thank you, Your Honor for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

*/s/ Howard E. Tanner*
Howard E. Tanner

cc:   AUSA David Markewitz (By ECF and Email/PDF)
      PTSO Viosanny Harrison (By Email/PDF)