TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2026

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
170 HAMILTON AVENUE
SUITE 315
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (212) 962-1778

April 16, 2025

Honorable Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

Defendant's request for a temporary modification of bond, as outlined in this letter request, is GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 107.
Dated: April 17, 2026
    White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Re:    *USA v. Divya Kumari*, 25 Cr. 194 (NSR)
       <u>Fourth Letter Motion for Modification of Bond Conditions</u>

Dear Judge Roman:

MEMO ENDORSED

I am appointed to represent the defendant, Divya Kumari, who is released on bond conditions, which include a $75,000 unsecured personal recognizance bond co-signed by two financially responsible persons, and other standard conditions. She is pending sentence before this Court on May 15, 2026 at 11:00 am.

The defendant is requesting permission from the Court to travel to Indiana by car From April 22 through April 28, 2026, for a family religious ceremony. A similar request to travel to Indiana for non-religious reasons was previously granted by the Honorable Victoria Reznik in November, 2025 without objection (ECF Doc No. 92).

I therefore write to the Court to request a temporary modification of bond conditions to permit the aforementioned travel. I have provided the address and other details of the trip to Pretrial Services and the Government which have no objection to this application.

Thank you, Your Honor, for your consideration.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:    AUSA David Markewitz (By ECF and Email/PDF)
       PTSO Viosanny Harrison (By Email/PDF)